## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRIAN C. HUMPHREYS,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | **NO. 12-06261** |
| **FEDERAL NATIONAL** | : | |
| **MORTGAGE ASSOCIATION,** | : | |
| Defendant. | : | |

### O R D E R

**AND NOW**, this 30th day of January, 2014, upon consideration of defendant's motion to dismiss (Doc. No. 5) and any responses thereto, it is hereby **ORDERED** that the motion is **GRANTED** and the plaintiff's complaint is dismissed.

The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

/s/Lawrence F Stengel
LAWRENCE F. STENGEL, J.